AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Jane Doe 1, Jane Doe 2, Jane Doe 3, Laura Newman, Jane Doe 4, Jane Doe 5, Jane Doe 6 and Sandra Ward <br><br> *Plaintiff(s)* <br> v. <br> United States of America <br><br> *Defendant(s)* | ))))))))))))) Civil Action No. 1:24-cv-02743 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
　　　　　　　　　　　　　　　　　　　United States Attorney Matthew M. Graves
　　　　　　　　　　　　　　　　　　　601D Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20530

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　　　Jordan Merson, Esq.
　　　　　　　　　　　Merson Law PLLC
　　　　　　　　　　　950 Third Avenue, 18th FLoor
　　　　　　　　　　　New York, New York 10022

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*