# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 *et. al*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>          *Defendant*. | Civil Action No. 1:24-cv-02743 |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs motion to Amend the Complaint to add Jane Does 18 - 26 and with no position from the Defendant and good cause shown, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that Plaintiffs' Second Amended Complaint is deemed served *nunc pro tunc.*

_____                                            _____
Dated                                                                       REGGIE  B.  WALTON
                                                                             United States District Judge

1