UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, <u>et al.</u>,  )<br>  )<br>  Plaintiffs,  )<br>  )  Civil Action No. 24-2743 (RBW)<br>  v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>  Defendant.  )<br>  ) | |

## ORDER

Upon consideration of the (1) Plaintiffs' Motion for Leave to File Second Amended Complaint, ECF No. 25, and the (2) Plaintiffs' Consent Motion for Extension of Time and Briefing Schedule, ECF No. 27, it is hereby

**ORDERED** that the Plaintiffs' Motion for Leave to File Second Amended Complaint, ECF No. 25, is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Amended Complaint, ECF No. 25-2, is **ACCEPTED AS FILED** and the Clerk of the Court shall forthwith file it as a separate entry on the docket. It is further

**ORDERED** that the Plaintiffs' Consent Motion for Extension of Time and Briefing Schedule, ECF No. 27, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent the plaintiffs seek an extension of time to respond to the defendant's motion to dismiss. The motion is **DENIED** in all other respects.[1] It is further

---

[1] Specifically, the Court notes that the plaintiffs provided no good cause beyond the fact that the defendant consented to the extension request in exchange for an extension of time to file a reply in support of its motion to dismiss. <u>See</u> Fed. R. Civ. P. 6(b)(1). Nonetheless, the Court grants in part the extension request and will provide the plaintiff more time to respond to the motion to dismiss.

**ORDERED** that the time for the plaintiffs to file their opposition to the defendant's motion to dismiss is **EXTENDED** to March 18, 2025.  It is further

**ORDERED** that the time for the defendant to file a reply in support of its motion to dismiss is **EXTENDED** to April 4, 2025.

**SO ORDERED** this 14th day of February, 2025.

REGGIE B. WALTON<br>
United States District Judge