UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>) | Civil Action No. 24-2743 (RBW) |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Motion to Dismiss, D.E. 26, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss is **DENIED.**

**SO ORDERED** this ___ day of _____, 2025

_____
REGGIE B. WALTON
United States District Judge