UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 24-2743 (RBW) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant the United States of America, through its undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time until April 11, 2025, to file its reply in further support of its motion to dismiss Plaintiffs' claims brought pursuant to the Federal Tort Claims Act ("FTCA"). Defendant's reply deadline is currently April 4, 2025. Pursuant to Local Civil Rule 7(m), the parties conferred and Plaintiffs through counsel consent to this relief. The grounds for this motion are set forth below.

Plaintiffs bring this lawsuit alleging that the Federal Bureau of Investigation was negligent under the FTCA when it purportedly "ignored the victims" of Jeffrey Epstein and "allowed Epstein and his co-conspirators" to engage in rape and trafficking "for years." Compl. at 1. The Complaint alleges one count of negligence. *See id*. at 21-22. The Complaint is brought by numerous Jane Does. On February 6, 2025, the United States moved to dismiss this action in full. Def.'s Mot. (ECF No. 26). On March 14, 2025, Plaintiffs filed their opposition.

Undersigned counsel for Defendant currently carries an extremely voluminous docket of approximately 90 cases between the District and Circuit Courts. For the last week, she has been consumed with responding to a motion for a temporary restraining order/preliminary injunction

and has been unable to devote the necessary attention to Defendant's reply in this matter. In addition to the emergency motion, undersigned also has already existing deadlines in place the week of March 31, 2025, and requests a brief, seven-day extension of time to file Defendant's reply. Plaintiffs consent to this relief.

Wherefore, Defendant proposes this extension in good faith and not for purposes of delay. Granting the requested extension will service the interests of justice and afford Defendant's counsel additional time to draft Defendant's reply and allow sufficient time for agency as well as internal Department of Justice review. Plaintiffs will not be prejudiced as there are no other deadlines in place and once Defendant files its reply, the motion will be ripe for adjudication.

Dated: April 1, 2025  
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866  
United States Attorney

By: */s/ Brenda González Horowitz*  
BRENDA GONZÁLEZ HOROWITZ  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE 1 et al.,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

Civil Action No. 24-2743 (RBW)

## [PROPOSED] ORDER

Upon consideration of Defendant's unopposed extension of time and for good cause therein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that Defendant shall file its reply in further support of its motion to dismiss on or before April 11, 2025.

SO ORDERED.

Dated

REGGIE B. WALTON
United States District Judge