UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 24-2743 (RBW) |

**MOTION TO VACATE AND RESCHEDULE THE JUNE 13, 2025, HEARING**

Defendant the United States of America, through undersigned counsel, respectfully moves the Court to vacate the hearing currently scheduled for June 13, 2025, at 2:00 PM, and to reschedule the same for a later date and time convenient to the Court. The parties, through counsel, have conferred on alternate dates and propose the following for the Court's consideration.

On May 15, 2025, the Court entered a minute order directing the parties to appear telephonically at 2:00 P.M. for a motion hearing on Defendant's pending motion to dismiss. *See* May 15, 2025, Min. Order. Undersigned counsel for the United States is scheduled to be out of the office on June 13, 2025. Having conferred regarding this conflict, the parties' counsel are available the following week on June 16, 17, or 18th, at a time convenient to the Court. Counsel for the United States is also available on June 23, 24, and 25th, but understands that one of Plaintiffs' attorneys is scheduled to be away from the office beginning on June 19th. If none of the dates proposed are convenient to the Court, counsel for the United States is also available the week of July 7th. The United States appreciates the Court's consideration of its request and does not intend to delay the resolution of Defendant's pending motion through this motion.

WHEREFORE, Defendant requests that the Court reschedule the hearing on Defendant's motion to dismiss due to previously scheduled leave plans. A proposed order is included herein.

Dated: May 20, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　*/s/ Brenda González Horowitz*
　　　　　　　　　　　　　　　BRENDA GONZÁLEZ HOROWITZ
　　　　　　　　　　　　　　　D.C. Bar No. 1017243
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　601 D St., N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　Phone: (202) 252-2512

　　　　　　　　　　　　　　　*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 24-2743 (RBW) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to vacate and reschedule the hearing scheduled on June 13, 2025, and the entire record herein, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the hearing is rescheduled for the _____ day of _____ _____, 2025 at _____.

SO ORDERED.

_____
Dated

_____
REGGIE B. WALTON
United States District Court

3