# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE 1, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 24-2743 (RBW) |

## **ORDER**

In accordance with the Court's oral rulings issued at the motion hearing held on June 16, 2025, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss and Memorandum in Support, ECF No. 26, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**.  The defendant's motion is **GRANTED** to the extent that the Court concluded that this Court is the not the proper venue for the litigation of this case.  The motion is **HELD IN ABEYANCE** at the plaintiffs' request to afford the plaintiffs the opportunity to assess whether they desire to have this case dismissed without prejudice or to transferred to either the Southern District of New York or the Southern District of Florida.  It is further

**ORDERED** that on June 30, 2025, at 9:30 a.m., the parties shall appear before the Court for a further hearing in this case. The parties shall appear before the Court, via teleconference, by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).[1]  The plaintiffs shall be

---

[1] The public is permitted to attend the hearing by calling 1-833-990-9400, and entering the Meeting ID 011366756.

prepared to advise the Court their position on whether to dismiss this case without prejudice or transfer the case directly to another venue.

**SO ORDERED** this 16th day of June, 2025.

REGGIE B. WALTON<br>
United States District Judge