## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, <u>et al.</u>,　　　　　　） | |
| 　　　　　　　　　　　　） | |
| 　　　　Plaintiffs,　　　） | |
| 　　　　　　　　　　　　） | Civil Action No. 24-2743 (RBW) |
| 　　　v.　　　　　　　　） | |
| 　　　　　　　　　　　　） | |
| UNITED STATES OF AMERICA,　） | |
| 　　　　　　　　　　　　） | |
| 　　　　Defendant.　　　） | |
| 　　　　　　　　　　　　） | |

## <u>ORDER</u>

In accordance with the Court's oral rulings issued at the motion hearing held on June 30, 2025, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss and Memorandum in Support, ECF No. 26, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.[1]  The defendant's motion is **GRANTED** to the extent that the Court concluded that this Court is the not the proper venue for the litigation of this case.  The motion is **DENIED WITHOUT PREJUDICE** in all other respects.  It is further

**ORDERED** that the Clerk of the Court shall **TRANSFER** the case file to the United States District Court for the Southern District of Florida.  It is further

**ORDERED** that this case is **CLOSED**.

---

[1] The Court previously granted in part and held in abeyance in part the defendant's motion to dismiss pending the plaintiffs advising the Court of their position on whether this case should be dismissed without prejudice or transferred directly to another venue.  <u>See</u> Order at 1 (Jun. 16, 2025), ECF No. 33.  Now that the plaintiffs have opted to have the Court transfer this case to the Southern District of Florida, the remainder of the defendant's motion is denied without prejudice, which the defendant may renew upon the transfer of this case, should it deem it appropriate to do so.

**SO ORDERED** this 30th day of June, 2025.

REGGIE B. WALTON
United States District Judge